IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                         Plaintiff            Case No. 11-CR-214

        -vs-

KEVIN C. SMICK,

                        Defendant.

---

## ORDER

---

      Pursuant to the Court's Order of August 18, 2012, and based upon the stipulation of the parties filed August 29, 2012;

      **IT IS HEREBY ORDERED**, that the 3 eye-dropper bottles and 1 larger bottle (4 containers total) containing liquid that tested positive for LSD be turned over to NMS Labs Crime Lab, 2300 Stratford Avenue, Willow Grove, PA, 19090.

      Dated this _____29th_____ day of August, 2012.

                      BY THE COURT:

                      _s/ William C. Griesbach_____
                      Honorable William C. Griesbach
                      United States District Judge